IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR -6 2009

GREGORY C. LANGHAM
                        CLERK

Civil Action No. 09-cv-00158-BNB

WILLIAM JAMES EGAN,

    Plaintiff,

v.

UNITED STATES OF AMERICA OFFICE OF PRESIDENT: GEORGE WILBERFORCE BUSH ET ALI,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff William James Egan initiated this action by filing *pro se* an untitled document in which he appeared to be seeking some relief from the Court. In an order filed on January 27, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Egan to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Egan to file a Complaint and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Egan was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Egan has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's January 27 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 5 day of March, 2009.

BY THE COURT:

/s/ Zita Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00158-BNB

William James Egan
1955 Arapahoe St. #410
Denver, CO 80202

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/6/09

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk